**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **M.C. by her parents, THOMAS CHIBNALL and REBECCA CHIBNALL,** | ) | |
| **Plaintiffs,** | ) | **Case No. 4:25-CV-95-JSD** |
| **vs.** | ) | **(Consolidated with Case No. 4:25-cv-01482-SRC)** |
| **SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY and WEBSTER GROVES SCHOOL DISTRICT,** | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Administrative Record, or, in the Alternative, for Summary Judgment on Count I of Plaintiffs' Complaint (ECF No. 246) is **GRANTED** as follows: Count I of Chibnall II is dismissed pursuant to *Thompson*.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 250) is **DENIED**.

**IT IS FINALLY ORDERED** that Defendants' Joint Motion to Dismiss Counts II-V of Plaintiffs' Complaint (in Chibnall II) (ECF No. 223) is **DENIED** without prejudice in light of this Order.

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 20th day of August 2026.