IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| M.C. by next friends<br>THOMAS and REBECCA CHIBNALL,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIAL SCHOOL DISTRICT<br>OF ST. LOUIS COUNTY and<br>WEBSTER GROVES<br>SCHOOL DISTRICT<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-CV-00095-JSD |

**NOTICE OF NO REQUEST FOR TRANSCRIPT**

Plaintiffs M.C. (Student), by her parents, Rebecca Chibnall (Mother) and Thomas Chibnall (Father) (collectively, Parents), hereby file their certificate verifying that, due to the nature of the issues for appeal, counsel does not intend to order any transcript of the proceedings in the district court.

Dated: October 29, 2026 Respectfully submitted,

By: /s/ Diane Dragan
DRAGAN LAW FIRM, LLC.
10805 Sunset Office Drive Ste 210
St. Louis, MO 63127
Diane@Draganlawfirm.com
Ph: (314) 788-7323

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true copy of the foregoing was served upon the following attorneys via operation of the Court's electronic filing system on

October 29, 2026:

Robert Thomeczek
Kathryn B. Forster
Josh Douglass
Abbey Widick
Mickes O'Toole, LLC
12412 Powerscourt Drive, Suite 200
St. Louis, MO 63131
Attorney for Defendant Special School District

Kylie S. Piatt
Michelle H. Basi
Aigner S. Carr
Teuth Keeney Cooper Mohan Jackstadt, PC
34 North Meramec Ave. Suite 600
St. Louis, MO 63105
Attorneys for Defendant Webster Groves School District

/s/ Diane L. Dragan